AO 247      (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA

V.

**MANUEL J. GAY**

CASE NUMBER: **4:04CR00011-001**

USM NUMBER:  29255-179

Date of Previous Judgment:   November 29, 2004
(Use Date of Last Amended Judgment if Applicable)

Mark William Bennett
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒  the defendant    ☐  the Director of the Bureau of Prisons    ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>150</u> months **is reduced to** <u>112 months</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: <u>29</u>

Criminal History Category: <u>VI</u>

Previous Guideline Range: <u>151</u> to <u>188</u> months

Amended Offense Level: <u>27</u>

Criminal History Category: <u>VI</u>

Amended Guideline Range: <u>130</u> to <u>162</u> months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐  The reduced sentence is within the amended guideline range.

☒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III. ADDITIONAL COMMENTS

☐  See Additional Comments Continued Sheet

Except as provided above, all provisions of the judgment dated <u>November 29, 2004</u> shall remain in effect.

**IT IS SO ORDERED.**

Order Date: <u>January 9, 2009</u>

Signature of Judge

Effective Date: _____
(if different from order date)

**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

GY    |MRO